IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephen Carl Camp, | No. CV 22-346-TUC-JAS (BGM) |
| Petitioner, | **ORDER** |
| vs. | |
| David Shinn, et al. | |
| Respondents. | |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Macdonald. A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence.

The Court has reviewed the record and concludes that Magistrate Judge Macdonald's recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

Accordingly, IT IS HEREBY ORDERED as follows:

(1) Magistrate Judge Macdonald's Report and Recommendation (Doc. 29) is accepted and adopted; this matter is STAYED as discussed in the Report and Recommendation.

(2) The Court notes that Petitioner filed an unopposed motion for an extension of time on 3/14/23 (*see* Docs. 30, 31); the motion (Doc. 30) is granted inasmuch as the STAY shall

1 | continue for at least another 60 days. **This case is referred back to United States**
2 | **Magistrate Judge Macdonald for further proceedings; to the extent further motions for**
3 | **the extension of the stay are filed, they shall be filed with Magistrate Judge Macdonald.**

Dated this 24th day of March, 2023.

_____
Honorable James A. Soto
United States District Judge